THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Teran Scott, Appellant.
 
 
 

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge
Unpublished Opinion No.  2010-UP-243
Submitted April 1,2010  Filed April 19,
 2010
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Assistant Deputy Attorney General Henry Dagan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Teran Scott appeals his guilty plea to attempted
 armed robbery, assault and battery with the intent to kill, kidnapping, six
 counts of armed robbery, assault while resisting arrest, three counts of
 assault and battery of a high and aggravated nature, two counts of first-degree
 burglary, assault with intent to kill, and murder pursuant to N.C. v. Alford,
 400 U.S. 25 (1970).  Scott argues his plea did not comply with the mandates of Boykin
 v. Alabama, 395 U.S. 238 (1969).   After a thorough review of the record and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
HUFF, THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.